IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL BELL, *et al.* ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:18-cv-00744 |
| ) | |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of the Defendant's Motion for Leave to Withdraw Appearance of Michelle A. Barineau as Counsel for Defendant CSX Transportation, Inc. ("Defendant"), it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED** that Michelle A. Barineau is hereby withdrawn as counsel for Defendant.

Dated: Dec. 18, 2018

James K. Bredar
U.S. District Judge